```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 17319
    FELECIA A MANSFIELD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0959

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 12/29/2006 and was confirmed 06/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 05/16/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00            .00             .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE        .00            .00             .00
AMERIQUEST MORTGAGE      NOTICE ONLY    NOT FILED            .00             .00
TOYOTA MOTOR CREDIT      SECURED VEHIC   18376.00        1270.30         5249.89
AMERICASH LOANS LLC      UNSEC W/INTER    1853.58         159.34         1324.80
AT & T BANKRUPCTY        UNSEC W/INTER  NOT FILED            .00             .00
CITY OF CHICAGO DEPT OF  SECURED           519.64            .00          290.00
SIR FINANCE              UNSEC W/INTER    1020.00          87.67          729.02
CITY OF CHICAGO PARKING  UNSEC W/INTER    2586.14         222.32         1848.38
SHANNON HYNES            NOTICE ONLY    NOT FILED            .00             .00
TOYOTA MOTOR CREDIT      UNSEC W/INTER    1114.31          51.23          796.42
ILLINOIS TITLE LOANS     SECURED NOT I    4330.63            .00             .00
ILLINOIS TITLE LOANS INC UNSEC W/INTER  NOT FILED            .00             .00
LORRAINE GREENBERG & ASS ATTORNEY          324.00            .00          324.00
ROBERT J SEMRAD & ASSOC  ATTORNEY             .00            .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                          905.69
DEBTOR REFUND            REFUND                                         1,410.15

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              14,669.21

PRIORITY                                        .00
SECURED                                    5,539.89
    INTEREST                               1,270.30
UNSECURED                                  4,698.62
    INTEREST                                 520.56
ADMINISTRATIVE                               324.00
TRUSTEE COMPENSATION                         905.69

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 17319 FELECIA A MANSFIELD
```

```
DEBTOR REFUND                                                        1,410.15
                                        ---------------       ---------------
TOTALS                                       14,669.21             14,669.21
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 08/20/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE